WO

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Praxedes Castro-Montano, )<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____) | <br><br><br><br><br>JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-638-TUC-FRZ<br>       CR-05-378-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #23 in CR-05-378-TUC-FRZ) is **DENIED** and this case (CV-05-638-TUC-FRZ) is **DISMISSED**.

**IT IS FURTHER ORDERED** that Petitioner's "Application to Proceed *In Forma Pauperis* by a Prisoner (Habeas)" (U.S.D.C. document #24 in CR-05-378-TUC-FRZ) is **DENIED AS MOOT**.

November 7, 2005               RICHARD H. WEARE
Date                           CLERK

                                S/ *M. Michelle Mejia*
                               M. Michelle Mejia
                               Deputy Clerk

Copies to:
J/B, FRZ, Castro-Montano, all Counsel